# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

DEREK SNYDER,

    Plaintiff,

v.

RADOSAV VULICEVIC

    Defendant.

_____/

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Plaintiff, DEREK SNYDER by and through the undersigned counsel, files this Complaint for damages against Defendant, RADOSAV VULICEVIC and states:

## JURISDICTION AND VENUE

1. The subject cause of action occurred on June 19, 2025, at SYNDER's home located at 2541 NW 21st Ave., Cape Coral, Florida.

2. This is an action arising under 42 U.S.C. §§ 1983 and 1988 and the Fourth Amendment of the United States Constitution. The Court has jurisdiction under 28 U.S.C. § 1331.

3. Venue is appropriate in this Division of the Middle District of Florida because the alleged violation of SYNDER's constitutional rights occurred in Lee County.

## PARTIES

4. SYNDER is a resident of Lee County, Florida.

5. At all times relevant herein, VULICEVIC (ID# 851-2135) was a sworn police officer with the Cape Coral Police Department

## ALLEGATIONS

6. In the evening hours of June 19, 2025, SNYDER was lawfully present at his residence and sitting on his back porch when he heard a knock at this front door.

7. When SNYDER opened the door, he was met by Defendant VULICEVIC and at least one additional Cape Coral police officer. No emergency or exigent circumstance existed, and Cape Coral Police Department records reflect no 911 call for service to SNYDER's address at that time.

8. SYNDER's mother stood directly behind him and observed the entire interaction.

9. SYNDER was calm, cooperative, and peaceful. He responded appropriately to the officers' questions and made no aggressive, threatening or evasive movements.

10. Without provocation, warning, or lawful justification, Defendant VULICEVIC suddenly seized SNYDER by the arm, yanked him from the doorway, and violently slammed him to the ground.

11. As a direct result of being thrown to the ground, SNYDER felt an immediate, sharp "pop" and excruciating pain in his right arm. He was later diagnosed with a displaced fracture of the humerus that required open-reduction internal fixation surgery with metal hardware.

12. At no point before the takedown did SNYDER commit, threaten to commit, or attempt to commit any crime, resist any lawful order, or pose a danger to the officers or others

13. The force used by Defendant VULICEVIC was objectively unreasonable under the circumstances. A reasonable officer standing in his position would have recognized that SNYDER presented no immediate threat, was not actively resisting, and that such a violent takedown was grossly disproportionate to any conceivable need for force.

14. Defendant VULICEVIC's actions constituted an unreasonable seizure in violation of the Fourth Amendment to the United States Constitution, made actionable by 42 U.S.C. § 1983.

15. The force used was willful, wanton, and malicious, and shocks the conscience, particularly given that it occurred at SNYDER's own home in the presence of his elderly mother and in the absence of any criminal conduct.

16. As a direct and proximate result of Defendant VULICEVIC's unlawful conduct, SNYDER sustained severe bodily injury, pain, mental anguish, medical expenses, loss of function, and permanent impairment.

17. The right to be free from the use of objectively unreasonable and excessive force during a non-resisting, non-threatening encounter was clearly established well before June 19, 2025. A reasonable officer in Defendant VULICEVIC's position would have understood that violently taking a peaceful, unarmed citizen to the ground without cause violated that right.

WHEREFORE, Plaintiff SNYDER demands judgment against Defendant VULICEVIC for compensatory and punitive damages,

reasonable attorney's fees and costs under 42 U.S.C. § 1988, and such further relief as the Court deems just and proper.

## JURY DEMAND

DEREK SYNDER demands trial by jury.

Respectfully submitted,

/s/ Guy S. DiMartino
Guy S. DiMartino
Fla. Bar Number: 0451827
Guy S. DiMartino, DC, JD, PA
3261 Hwy. 441 – Suite C-1
Fruitland Park, FL 34748
(352) 267-9168 – Phone
(866) 887-3026 – Fax
gsd@gsdimartino.com - Email
Attorney for Plaintiff
