UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEREK SNYDER,

Plaintiff,

v. Case No.: 2:25-cv-984-SPC-KRH

RADOSAV VULICEVIC,

Defendant.

---

**ORDER**

This matter comes before the Court on a *sua sponte* review of the file. On June 15, 2026, the Court granted Plaintiff counsel's motion to withdraw. (Doc. 31). In doing so, the Court ordered Plaintiff Derek Snyder, by July 15, to either notify the Court that he will proceed without counsel or have counsel file a notice of appearance. (*Id.* at 2). This deadline came and went, and Plaintiff failed to comply. So on July 20, the Court gave Plaintiff another chance, this time with a deadline of July 27. (Doc. 36). And the Court cautioned him that "failure to comply with this Order may result in the dismissal of this action for failure to prosecute without further notice." (*Id.*). Even so, Plaintiff has again failed to comply. True to its word, the Court now dismisses Plaintiff's case without prejudice. *See* Fed. R. Civ. P. 41(b); *Owens v. Pinellas Cnty. Sheriff's Dep't*, 331 F. App'x 654, 656 (11th Cir. 2009) ("Pursuant to Fed. R. Civ. P. 41(b),

a district court may *sua sponte* dismiss a plaintiff's action for failure to comply with the rules or any order of the court . . . especially where the litigant has been forewarned[.]"); M.D. Fla. R. 3.01 ("A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay.").

Accordingly, it is now

**ORDERED:**

1. Plaintiff's case is **DISMISSED without prejudice.**
2. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on July 28, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record